[No. 8025-3-I.   Division One.   February 17, 1981.]

EVERGREEN REALTY, INC., *Appellant*, v. BEVERLY A. MILLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 850361, Arthur E. Piehler, J., entered September 20, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Ringold, JJ.